## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

STATE OF WASHINGTON, et al.,

    Plaintiffs-Appellees,

       v.                         No. 25-807

DONALD J. TRUMP, et al.,

    Defendants-Appellants.

## CIRCUIT RULE 27-3 CERTIFICATE

The undersigned counsel certifies that the following is the information required by Circuit Rule 27-3:

**(1)     Telephone numbers and addresses of the attorneys for the parties**

Representing plaintiff State of Washington:

Daniel Jeon (206-342-6437, daniel.jeon@atg.wa.gov)
Colleen M. Melody (206-464-5342, colleen.melody@atg.wa.gov)
Lane Polozola (206-287-4182, lane.polozola@atg.wa.gov)
Office of the Attorney General
800 5th Avenue Suite 2000
Seattle, WA 98104

Representing plaintiff State of Arizona:

Joshua Bendor (602-542-8958, joshua.bendor@azag.gov)
Luci Danielle Davis (602-542-8958, Luci.Davis@azag.gov)
Arizona Attorney General's Office
2005 N Central Avenue

Phoenix, AZ 85004

Representing plaintiff State of Illinois:

Alex Hemmer (312-814-5526, alex.hemmer@ilag.gov)
Illinois Attorney General's Office
115 S. LaSalle Street, 23rd Floor
Chicago, IL 60603

Representing plaintiff State of Oregon:

Carla Scott (971-673-1880, carla.a.scott@doj.oregon.gov)
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201

Representing plaintiffs Cherly Norales Castillo and Alicia Chavarria Lopez:

Matt Adams (matt@nwirp.org)
Leila Kang (206-816-3847, leila@nwirp.org)
Aaron Korthuis (206-816-3872, aaron@nwirp.org)
Glenda M. Aldana Madrid (206-957-8646, glenda@nwirp.org)
Northwest Immigrant Rights Project
615 2nd Avenue Suite 400
Seattle, WA 98104

Representing all defendants:

Brad Hinshelwood (202-514-7823, bradley.a.hinshelwood@usdoj.gov)
Sharon Swingle (202-353-2689, sharon.swingle@usdoj.gov)
Derek Weiss (202-616-5365, derek.l.weiss@usdoj.gov)
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

## (2)    Facts showing the existence and nature of the emergency

On January 20, 2025, President Donald J. Trump issued Executive Order No.

14,160, 90 Fed. Reg. 8449 (Jan. 29, 2025) (Executive Order).  The Executive Order

addresses what it means to be "subject to the jurisdiction" of the United States within the meaning of the Citizenship Clause of the Fourteenth Amendment, U.S. Const. amend. XIV, § 1, and recognizes that the Clause does not grant birthright citizenship to the children of aliens who are unlawfully present in the United States or whose presence is lawful but temporary. The Executive Order directs federal agencies to revise regulations and policies appropriately and to issue guidance addressing the order's effect on their operations. It applies "to persons who are born within the United States after" February 19, 2025. Executive Order § 2(b).

The district court entered a nationwide temporary restraining order on January 23, 2025, barring the defendants from "enforcing or implementing" the Executive Order, and issued a similar preliminary injunction on February 6, 2025. The defendants filed a motion to stay the injunction the following day and provided the district court five days to consider the motion.

The district court has thus stymied the implementation of an Executive Branch policy—intended to enforce the correct understanding of the Fourteenth Amendment's Citizenship Clause—nationwide for almost three weeks. Given the importance of this issue, the defendants-appellants ask for a decision on the motion no later than February 20, 2025.

## (3) When and how counsel notified

The government's stay motion in district court, filed on February 7 and served on opposing counsel, explained that the government would seek relief from this

Court "if relief has not been granted" "by the close of business on Wednesday, February 12, 2025." Dkt. 122 at 2.  In addition, on February 11, government counsel emailed all attorneys for appellees listed on the service list in this Court to reiterate that the government would file a stay motion on Wednesday evening if relief was not granted and to seek appellees' position on that motion.  On February 12, counsel for appellees informed us that they oppose the motion.

**(4)    Submissions to the district court**

The district court entered its preliminary injunction on Thursday, February 6, 2025.  *See* Add. 1.  The government sought a stay of the preliminary injunction on Friday, February 7, 2025, *see* Dkt. 122, and requested a ruling on that motion by the close of business on Wednesday, February 12, 2025.  As of the filing of this motion, the district court has not ruled on the stay motion.

*Counsel for Defendants-Appellants*

BRETT A. SHUMATE
  *Acting Assistant Attorney General*

ERIC D. McARTHUR
  *Deputy Assistant Attorney General*

MARK R. FREEMAN
SHARON SWINGLE
BRAD HINSHELWOOD
DEREK WEISS
  *Attorneys, Appellate Staff*
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 616-5365*