UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 14 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF WASHINGTON; et al.,<br><br>    Plaintiffs - Appellees,<br><br> v.<br><br>DONALD J. TRUMP; et al.,<br><br>    Defendants - Appellants. | No. 25-807<br><br>D.C. No. 2:25-cv-00127-JCC<br>Western District of Washington, Seattle<br><br>ORDER |

The response to the emergency stay motion is due by 12:00 p.m. Pacific Time on February 18, 2025. The optional reply in support of the emergency stay motion is due by 12:00 p.m. Pacific Time on February 19, 2025.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT