NO. 25-807

---

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

---

STATE OF WASHINGTON, ET AL.,
Plaintiffs-Appellees,
v.
DONALD J.TRUMP, ET AL.,
Defendants-Appellant

---

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
NO. 2:25-CV-00127-JCC**

---

**UNOPPOSED MOTION BY CITIZENS
FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE
SUPPORTING DEFENDANTS-APPELLANTS**

---

John Scannell
501 S. Jackson, #302
Seattle, Wash., 98104
206-223-0030.

## UNOPPOSED MOTION FOR LEAVE TO
## FILE BRIEF OF AMICUS CURIAE

Certain citizens of the United States of America (citizens) move for leave to file an amicus brief at the stay stage. Since the rules do not expressly address stay-stage amicus briefs, the citizens respectfully seek leave to file a brief at this stage for the court's consideration. The parties do not oppose the filing of our brief.

Here, the citizens issues are not being represented by the other parties. It is the citizens who are the ones that have to foot the bill created by unvetted illegal immigrants through increased crime, higher taxes, lower wages, depleted public resources, and diluted political power. Birthright citizenship contributes to this problem by encouraging aliens to illegally cross the border.

The citizens have brought forth arguments, including considerations involving social change, standing of non-persons, and impact of unrestricted immigration, all of which are relevant to the issue of birthright citizenship. The fact that these arguments have not been presented by existing parties, is more evidence that the citizens' interests are not being completely considered.

Dated this 17th day of February, 2025,

/S John Scannell
John Scannell
Attorney for the citizens

**CERTIFICATE OF COMPLIANCE**

This brief is reproduced using a proportionally spaced typeface of 14 point type and consists of 193 words including footnotes.

Dated this 17th day of February, 2025,

/S *John Scannell*
John R. Scannell

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17th, 2025 I caused to be served a copy of this document, the amicus brief, by the method indicated below:

☒          Uploaded by ECF       By:   John Scannell

Dated in Seattle Washington this 17th day of February, 2025,

/S *John Scannell*
John Scannell