IN THE
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| _____ ) | |
| STATE OF WASHINGTON, *et al*., ) | |
| ) | |
| Plaintiffs-Appellees, ) | |
| ) | |
| v. ) | No. 25-807 |
| ) | |
| DONALD J. TRUMP, *et al.* ) | |
| ) | |
| Defendants-Appellants. ) | |
| _____ ) | |

**MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE*
IN SUPPORT OF DEFENDANTS-APPELLANTS'
MOTION TO STAY PENDING APPEAL**

*Amici Curiae* America's Future, Gun Owners of America, Gun Owners of
California, Gun Owners Foundation, Citizens United, U.S. Constitutional Rights
Legal Defense Fund, Leadership Institute, and Conservative Legal Defense and
Education Fund hereby move for leave to file a brief *amicus curiae* in support of
the Defendants-Appellants' Emergency Motion for Stay Pending Appeal.  It is
hereby stated as follows:

1.  *Amici* America's Future, Gun Owners of America, Gun Owners of
California, Gun Owners Foundation, Citizens United, U.S. Constitutional Rights
Legal Defense Fund, Leadership Institute, and Conservative Legal Defense and
Education Fund are nonprofit organizations, exempt from federal income tax

2

under either section 501(c)(3) or 501(c)(4) of the Internal Revenue Code. Each entity is dedicated, *inter alia*, to the correct construction, interpretation, and application of law. Their interest also includes protecting the our nation's borders, enforcement of immigration laws, separation of powers, and related issues.

2. *Amici curiae* have experience with respect to the issues presented by this case and have a significant interest in the outcome of this case. *Amici* believe that this brief will be of assistance to the Court in deciding the Motion for Stay Pending Appeal.

3. Although the rules of court do not specify a length for briefs at this stage, the attached *amicus* brief is within the limit allowed for a motion. *See* Circuit Rule 27-1(1)(d).

4. Plaintiff-Appellee States and Defendants-Appellants consented to the filing of the amicus brief in district court. *Amici curiae* filed a motion for leave to file an *amicus* brief in the district court, which the district court granted, and the *amicus* brief was filed.

WHEREFORE, we respectfully request that this Court grant leave to file an *amicus curiae* brief in support of Defendants-Appellants' Motion for Stay Pending Appeal.

3

Respectfully submitted,

 /s/ Jeremiah L. Morgan
Jeremiah L. Morgan
WILLIAM J. OLSON, P.C.
  370 Maple Avenue West, Suite 4
  Vienna, VA  22180-5615
  (703) 356-5070
  (703) 356-5085 (fax)
  wjo@mindspring.com

Attorneys for *Amici Curiae*
America's Future, *et al*.
February 17, 2025

4

## CERTIFICATE OF COMPLIANCE WITH RULE 27(d)(2)(A)

IT IS HEREBY CERTIFIED:

1.      That the foregoing Motion for Leave to Brief as *Amici Curiae* complies with the type-volume limitation of Rule 27(d)(2)(A), Federal Rules of Appellate Procedure, because this motion contains 296 words, excluding the parts of the brief exempted by Rule 32(f).

2.      This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using WordPerfect version 21.0.0.194 in 14-point Times New Roman.

  /s/ Jeremiah L. Morgan
Jeremiah L. Morgan
Attorney for *Amici Curiae*
America's Future, *et al.*

Dated:  February 17, 2025

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing Motion for Leave to Brief as *Amici Curiae*, was made, this 17th day of February 2025, by the Court's Appellate Case Management System upon the attorneys for the parties.

 /s/ Jeremiah L. Morgan
Jeremiah L. Morgan
Attorney for *Amici Curiae*
America's Future, *et al.*