WILLIAM J. OLSON
(VA, D.C.)

ROBERT J. OLSON
(VA, D.C.)

JEREMIAH L. MORGAN
(D.C., CA ONLY)
_____

HERBERT W. TITUS
(1937-2021)

# WILLIAM J. OLSON, P.C.
ATTORNEYS AT LAW

370 MAPLE AVENUE WEST, SUITE 4

VIENNA, VIRGINIA 22180-5615

TELEPHONE (703) 356-5070

FAX (703) 356-5085

E-MAIL: wjo@mindspring.com

http://www.lawandfreedom.com

114 CREEKSIDE LANE
WINCHESTER, VA 22602-2429
TELEPHONE (540) 450-8777
FAX (540) 450-8771

February 19, 2025
Via ACMS filing

Ms. Molly C. Dwyer
Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

  Re: Washington v. Trump, 25-807:
     Notice regarding consent of the parties

Dear Ms. Dwyer:

  This letter is to notify the Court that, subsequent to our submission of a motion for leave to file a brief *amicus curiae* on February 17, 2025, counsel for the Plaintiff-Appellee States and the Defendants-Appellants consented to the filing of our *amicus* brief.

        Respectfully submitted,

        */s/ Jeremiah L. Morgan*
        Jeremiah L. Morgan
        Counsel for *Amici Curiae* America's Future, *et al*.

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing letter, was made, this 19th day of February 2025, by the Court's Appellate Case Management System upon the attorneys for the parties.

                                               */s/Jeremiah L. Morgan*
                                               Jeremiah L. Morgan
                                               Attorney for *Amici Curiae*