UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 19 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF WASHINGTON; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>DONALD J. TRUMP; et al.,<br><br>Defendants - Appellants,<br><br>----------------------------------------<br><br>JAMES DANIEL JORDAN; et al.,<br><br>Amici Curiae. | No. 25-807<br><br>D.C. No. 2:25-cv-00127-JCC<br>Western District of Washington, Seattle<br><br>ORDER |

Before: CANBY, M. SMITH, and FORREST, Circuit Judges.

The motions (Docket Entry Nos. 23, 24, 28, 29) for leave to file amicus briefs in support of the emergency motion for a partial stay are granted.