**FILED**

**MAR 10 2025**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STATE OF WASHINGTON; et al.,<br><br>　　　　Plaintiffs - Appellees,<br><br>　v.<br><br>DONALD J. TRUMP; et al.,<br><br>　　　　Defendants - Appellants. | No. 25-807<br><br>D.C. No.<br>2:25-cv-00127-JCC<br>Western District of Washington,<br>Seattle<br><br>ORDER |

　　The amicus brief submitted by James Daniel Jordan, Andrew Steven Biggs, Charles Eugene Roy, Brandon Gene Gil, Troy Edwin Nehls, Lance Carter Gooden, Victoria Spartz, Mark Everette Harris, Scott Lawrence Fitzgerald, Robert Frank Onder, Jr., Harriet Maxine Hageman, Thomas Miller McClintock, II, Wesley Parish Hunt, Glenn Sholes Grothman, Benjamin Lee Cline, Russell William Fry, Michael James Baumgartner, and John Bradford Knott is filed.

　　Within 7 days of this order, amici must file 6 copies of the brief in paper format bound with green front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

　　The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT