WILLIAM J. OLSON
(VA, D.C.)

ROBERT J. OLSOB
(VA, D.C.)

JEREMIAH L. MORGAN
(D.C., CA ONLY)

HERBERT W. TITUS
(1937-2021)

# WILLIAM J. OLSON, P.C.
ATTORNEYS AT LAW

370 MAPLE AVENUE WEST, SUITE 4

VIENNA, VIRGINIA 22180-5615

TELEPHONE (703) 356-5070

FAX (703) 356-5085

E-MAIL: wjo@mindspring.com

http://www.lawandfreedom.com

114 CREEKSIDE LANE
WINCHESTER, VA 22602-2429
TELEPHONE (540) 450-8777
FAX (540) 450-8771

April 4, 2025
Via ACMS filing

Ms. Molly C. Dwyer
Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

Re: Washington v. Trump, 25-807:
Letter regarding *Amicus* Brief

Dear Ms. Dwyer:

Pursuant to the Ninth Circuit Advisory Committee Note to Ninth Circuit Rule 29-1, *amici* America's Future, Gun Owners of America, Gun Owners of California, Gun Owners Foundation, Citizens United, U.S. Constitutional Rights Legal Defense Fund, Leadership Institute, and Conservative Legal Defense and Education Fund hereby join in the arguments set forth in the Brief of Defendants-Appellants filed in the above-referenced action on March 7, 2025. These *amici* also hereby incorporate the arguments made in their *amicus* brief in support of the motion for stay which was submitted with a motion for leave to file on February 17, 2025, which motion this Court granted on February 18, 2025.

Respectfully submitted,

*/s/ Jeremiah L. Morgan*
Jeremiah L. Morgan
Counsel for *Amici Curiae* America's Future, *et al*.

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Letter Joining Amicus Brief, was made, this 4th day of April 2025, by the Court's Appellate Case Management System upon the attorneys for the parties.

                                                /s/*Jeremiah L. Morgan*
                                                Jeremiah L. Morgan
                                                Attorney for *Amici Curiae*