No. 25-807

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

STATES OF WASHINGTON, ARIZONA, ILLINOIS, and OREGON,

*Plaintiffs-Appellees*,

CHERLY NORALES CASTILLO and ALICIA CHAVARRIA LOPEZ, on behalf of themselves as individuals and others similarly situated,

*Plaintiffs-Appellees*,

v.

DONALD TRUMP, in his official capacity as President of the United States, et al.,

*Defendants-Appellants*.

On Appeal from the U.S. District Court for the Western District of Washington
Case No. 2:25-cv-00127-JCC
The Honorable John C. Coughenour

## PLAINTIFF STATES' SUPPLEMENTAL EXCERPTS OF RECORD INDEX

NICHOLAS W. BROWN
*Attorney General of Washington*

COLLEEN M. MELODY, WSBA 42275
  *Civil Rights Division Chief*
LANE POLOZOLA, WSBA 50138
DANIEL J. JEON, WSBA 58087
ALYSON DIMMITT GNAM, WSBA 48143
  *Assistant Attorneys General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744

NOAH G. PURCELL, WSBA 43492
  *Solicitor General*
CRISTINA SEPE, WSBA 53609
MARSHA CHIEN, WSBA 47020
  *Deputy Solicitors General*
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

*Additional Counsel*

KRIS MAYES
  *Attorney General of Arizona*
JOSHUA D. BENDOR
  *Solicitor General*
LUCI D. DAVIS
  *Senior Litigation Counsel*
Arizona Attorney General's Office
2005 N. Central Ave.
Phoenix, AZ 85004
Telephone: 602-542-3333
Joshua.Bendor@azag.gov
Luci.Davis@azag.gov
*Attorneys for State of Arizona*

KWAME RAOUL
  *Attorney General of Illinois*
JANE ELINOR NOTZ
  *Solicitor General*
ALEX HEMMER
  *Deputy Solicitor General*
Illinois Attorney General's Office
115 South LaSalle St.
Chicago, IL 60603
Telephone: 312-814-5526
Jane.Notz@ilag.gov
Alex.Hemmer@ilag.gov
*Attorneys for State of Illinois*

DAN RAYFIELD
  *Attorney General of Oregon*
BENJAMIN GUTMAN
  *Solicitor General*
MICHAEL A. CASPER
  *Senior Assistant Attorney General*
Oregon Department of Justice
1162 Court St. NE
Salem, OR 97301
Telephone: 503-378-4402
Michael.Casper@doj.oregon.gov
*Attorneys for State of Oregon*

**Plaintiff States' Supplemental Excerpts of Record**
**INDEX**

**Volume 1 of 2**

| Document Title | Filing Date | District Court Dkt. No. | Page No. |
|---|---|---|---|
| Defendants' Motion to Stay Preliminary Injunction Pending Appeal | 02/07/2025 | Dkt. 122 | 1-SER-001 |
| Plaintiff States' Response to Defendants' Motion to Stay Injunction Pending Appeal | 02/10/2025 | Dkt. 124 | 1-SER-010 |
| Plaintiff States' Motion for Preliminary Injunction | 01/27/2025 | Dkt. 63 | 1-SER-022 |
| Index of Declarations in Support of Plaintiff States' Motion for Preliminary Injunction | 01/27/2025 | Dkt. 64 | 1-SER-054 |
| Declaration of Lane Polozola | 01/21/2025 | Dkt. 12 | 1-SER-059 |
| Exhibit 1 to Polozola Declaration – Executive Order, *Protecting the Meaning and Value of American Citizenship* | 01/21/2025 | Dkt. 12-1 | 1-SER-063 |
| Exhibit 2 to Polozola Declaration – *Agenda47: Day One Executive Order Ending Citizenship for Children of Illegals and Outlawing Birth Tourism* | 01/21/2025 | Dkt. 12-2 | 1-SER-069 |

| Document Title | Filing Date | District Court Dkt. No. | Page No. |
|---|---|---|---|
| Exhibit 3 to Polozola Declaration – *Trump Prepares for Legal Fight Over His 'Birthright Citizenship' Curbs* | 01/21/2025 | Dkt. 12-3 | 1-SER-078 |
| Exhibit 4 to Polozola Declaration – U.S. State Department's Foreign Affairs Manual, 8 FAM 301.1 | 01/21/2025 | Dkt. 12-4 | 1-SER-085 |
| Exhibit 5 to Polozola Declaration – U.S. Department of State's Application for a U.S. Passport, Form DS-11 04-2022 | 01/21/2025 | Dkt. 12-5 | 1-SER-095 |
| Exhibit 6 to Polozola Declaration – *I am a U.S. citizen: How do I get proof of my U.S. Citizenship?* | 01/21/2025 | Dkt. 12-6 | 1-SER-102 |
| Declaration of Dr. Shelley Lapkoff | 01/21/2025 | Dkt. 13 | 1-SER-105 |
| Exhibit A to Lapkoff Declaration – Curriculum Vitae | 01/21/2025 | Dkt. 13-1 | 1-SER-112 |
| Exhibit B to Lapkoff Declaration – *Births to Unauthorized Immigrants in the States of Washington, Arizona, Illinois, and Oregon* | 01/21/2025 | Dkt. 13-2 | 1-SER-119 |

2

| Document Title | Filing Date | District Court Dkt. No. | Page No. |
|---|---|---|---|
| Declaration of Dr. Charissa Fotinos | 01/21/2025 | Dkt. 14 | 1-SER-145 |
| Declaration of Jenny Heddin | 01/21/2025 | Dkt. 15 | 1-SER-158 |
| Declaration of Katherine Hutchinson | 01/21/2025 | Dkt. 16 | 1-SER-168 |
| Declaration of Brian Reed | 01/21/2025 | Dkt. 17 | 1-SER-175 |
| Declaration of Tom K. Wong | 01/21/2025 | Dkt. 18 | 1-SER-179 |
| Exhibit A to Wong Declaration – Curriculum Vitae | 01/21/2025 | Dkt. 18-1 | 1-SER-189 |
| Declaration of David C. Baluarte | 01/21/2025 | Dkt. 19 | 1-SER-199 |
| Declaration of Dr. Caitlin Patler | 01/21/2025 | Dkt. 20 | 1-SER-208 |
| Exhibit A to Patler Declaration – Curriculum Vitae | 01/21/2025 | Dkt. 20-1 | 1-SER-221 |
| Exhibit B to Patler Declaration – List of References Cited | 01/21/2025 | Dkt. 20-2 | 1-SER-235 |
| Declaration of Sarah K. Peterson | 01/21/2025 | Dkt. 21 | 1-SER-240 |
| Declaration of Magaly Solis Chavez | 01/21/2025 | Dkt. 22 | 1-SER-247 |

3

| Document Title | Filing Date | District Court Dkt. No. | Page No. |
|---|---|---|---|
| Declaration of Krystal Colburn | 01/21/2025 | Dkt. 24 | 1-SER-252 |
| Declaration of Jeffrey Tegen | 01/25/2025 | Dkt. 25 | 1-SER-256 |
| Declaration of Nadine O'Leary | 01/21/2025 | Dkt. 26 | 1-SER-264 |
| Declaration of Jennifer A. Woodward | 01/21/2025 | Dkt. 27 | 1-SER-271 |
| Declaration of Cherly Danira Norales Castillo | 01/27/2025 | Dkt. 60 | 1-SER-279 |
| Declaration of Alicia Yamileth Chavarria Lopez | 01/27/2025 | Dkt. 61 | 1-SER-284 |
| Declaration of Aprille Flint-Gerner | 01/27/2025 | Dkt. 65 | 1-SER-290 |

**Volume 2 of 2**

| Document Title | Filing Date | District Court Dkt. No. | Page No. |
|---|---|---|---|
| Declaration of Heidi E. Mueller | 01/27/2025 | Dkt. 66 | 2-SER-298 |
| Declaration of Mozhdeh Oskouian | 01/27/2025 | Dkt. 67 | 2-SER-308 |
| Defendants' Opposition to Plaintiffs' Motions for Preliminary Injunction | 01/31/2025 | Dkt. 84 | 2-SER-316 |

4

| Document Title | Filing Date | District Court Dkt. No. | Page No. |
|---|---|---|---|
| Reply in Support of Plaintiff States' Motion for Preliminary Injunction | 02/04/2025 | Dkt. 105 | 2-SER-376 |

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 4, 2025, I electronically filed the foregoing documents with the Clerk of the Court by using the Appellate Case Management System. I further certify that the participants in the case are ACMS users and that service will be accomplished by using the ACMS system.

DATED this 4th day of April 2025.

<em>s/ Lane Polozola</em><br>
LANE POLOZOLA