No. 25-807

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

STATE OF WASHINGTON, et al.,

Plaintiffs-Appellees,

v.

DONALD J. TRUMP, et al.,

Defendants-Appellants.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

**MOTION FOR LEAVE TO FILE BRIEF BY
SERVICE EMPLOYEES INTERNATIONAL UNION,
AMERICAN FEDERATION OF TEACHERS, AMERICAN
FEDERATION OF STATE, COUNTY AND MUNICIPAL
EMPLOYEES, COMMUNICATIONS WORKERS OF
AMERICA, NATIONAL EDUCATION ASSOCIATION,
UNITED FARM WORKERS OF AMERICA, UNITED FOOD
AND COMMERCIAL WORKERS INTERNATIONAL UNION,
AND UNITE HERE AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS**

Steven K. Ury
Elena Medina
Deborah L. Smith
Nathanial Putnam
Service Employees International Union
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036
(202) 730-7168

*Attorneys for Amicus Curiae SEIU*

# MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

The Service Employees International Union ("SEIU") respectfully moves for leave to file the accompanying amicus curiae brief in support of Plaintiffs-Appellees, State of Washington, et al. Attorneys sought consent from the parties to file this brief. The parties do not oppose this motion.

*Amici curiae* are labor organizations whose members and their families would be impacted by this case. *Amici* include: Service Employees International Union ("SEIU"), American Federation of Teachers ("AFT"), American Federation of State, County and Municipal Employees, AFL-CIO ("AFSCME"), Communications Workers of America ("CWA"), National Education Association ("NEA"), United Food and Commercial Workers International Union ("UFCW"), United Farm Workers of America ("UFW"), and UNITE HERE.

The brief complies with Federal Rule of Appellate Procedure 29(a)(5) because it contains fewer than 7,000 words – half the length authorized for the parties' principal briefs. Given its substantial interest in this case, SEIU respectfully seeks leave to file the attached brief as amicus curiae.

Dated: April 10, 2025　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Steven K. Ury
　　　　　　　　　　　　　　　　　　Steven K. Ury
　　　　　　　　　　　　　　　　　　Elena Medina
　　　　　　　　　　　　　　　　　　Deborah L. Smith

Nathanial Putnam
Service Employees International Union
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036
(202) 730-7168

*Attorneys for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2025, I electronically filed the foregoing document with the Clerk for the United States Court of Appeals for the Ninth Circuit by using the ACMS system. I certify that the document will be served via ACMS on all parties or their counsel of record.

Dated: April 10, 2025                                Respectfully submitted,

/s/ Steven K. Ury
Steven K. Ury
Service Employees International Union
1800 Massachusetts Avenue NW
Washington, D.C. 20036
Tel. (202) 730-7168