UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 11 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF WASHINGTON; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>DONALD J. TRUMP; et al.,<br><br>Defendants - Appellants. | No. 25-807<br><br>D.C. No. 2:25-cv-00127-JCC<br>Western District of Washington, Seattle<br><br>ORDER |

The amicus brief submitted by Service Employees International Union, American Federation of Teachers, American Federation of State, County and Municipal Employees, AFL-CIO, Communications Workers of America, National Education Association, United Food and Commercial Workers International Union, United Farm Workers of America, and UNITE HERE is filed.

Within 7 days of this order, amici must file 6 copies of the brief in paper format bound with green front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT