| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | JUN 27 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

STATE OF WASHINGTON; et al.,

      Plaintiffs - Appellees,

 v.

DONALD J. TRUMP; et al.,

      Defendants - Appellants.

No. 25-807

D.C. No. 2:25-cv-00127-JCC
Western District of Washington, Seattle

ORDER

Before: HAWKINS, GOULD, and BUMATAY, Circuit Judges.

The parties are ordered to submit simultaneous supplemental briefs addressing the effect, if any, of the United States Supreme Court's decision in *Trump v. CASA, Inc.*, 606 U. S. \_\_\_\_ (2025), on the issues presented in this case. Each supplemental brief shall be no longer than 20 pages and shall be submitted within 14 days of the date of this order. All briefs shall conform to the format requirements of Rule 32(a)(4), (5) and (6), Federal Rules of Appellate Procedure. The stay of proceedings is lifted, and this appeal shall proceed.