No. 25-807

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

STATES OF WASHINGTON, ARIZONA, ILLINOIS, and OREGON,

*Plaintiffs-Appellees*,

CHERLY NORALES CASTILLO and ALICIA CHAVARRIA LOPEZ, on behalf of themselves as individuals and others similarly situated,

*Plaintiffs-Appellees*,

v.

DONALD TRUMP, in his official capacity as President of the United States, et al.,

*Defendants-Appellants*.

On Appeal from the U.S. District Court for the Western District of Washington
Case No. 2:25-cv-00127-JCC
The Honorable John C. Coughenour

## PLAINTIFF STATES' REPLY IN SUPPORT OF MOTION FOR LIMITED REMAND AND TO HOLD APPEAL IN ABEYANCE

KRIS MAYES
*Attorney General of Arizona*

JOSHUA D. BENDOR
　*Solicitor General*
LUCI D. DAVIS
　*Senior Litigation Counsel*
2005 N. Central Ave.
Phoenix, AZ 85004
(602) 542-3333

*Attorneys for State of Arizona*

*(Additional Counsel on Signature Page)*

The Plaintiff States are not seeking "to delay matters in this Court" or in the district court. Resp. at 1 (Dkt. 147.1 at 1). The Plaintiff States have no interest in delay—just the opposite, particularly in light of the government's public representations that it may begin implementing the Executive Order on July 27, 2025. *See* Mot. at 3 (Dkt. 146.1 at 4).

Nor do the Plaintiff States urge "a presumption of universal relief" that the government must defeat. Resp. at 2. Rather, the Plaintiff States' modest request is that the district court should have the first opportunity to address the government's contention that the relief *the district court entered* is inconsistent with the U.S. Supreme Court's *CASA* decision. Those proceedings would appropriately, and almost certainly, include presentation of evidence that is now highly pertinent in light of the government's narrower relief proposal—raised for the first time on appeal—and the recent clarifications of the legal standard in *CASA*.

A limited remand on that discrete issue—for what will necessarily be an expedited and definite period of time—will hardly be "unnecessary and duplicative." Resp. at 1. Instead, that limited remand will ensure that this Court resolves this appeal based on an updated record that was developed in light of the current legal standard under *CASA*, and with the benefit of district court findings and conclusions expressly made in light of that decision and record.

1

Accordingly, the Plaintiff States respectfully ask this Court to order a limited remand for the district court to conduct further proceedings in light of *CASA*, and hold the pending appeal before this Court in abeyance until those proceedings conclude.

RESPECTFULLY SUBMITTED this 7th day of July, 2025.

KRIS MAYES
  *Attorney General of Arizona*

*s/* Joshua D. Bendor
JOSHUA D. BENDOR
  *Solicitor General*
LUCI D. DAVIS
  *Senior Litigation Counsel*
Arizona Attorney General's Office
Firm State Bar No. 14000
2005 N. Central Ave.
Phoenix, AZ 85004
Telephone: (602) 542-3333
Joshua.Bendor@azag.gov
Luci.Davis@azag.gov
*Attorneys for State of Arizona*

NICHOLAS W. BROWN
  *Attorney General of Washington*

NOAH G. PURCELL, WSBA 43492
  *Solicitor General*
CRISTINA SEPE, WSBA 53609
MARSHA CHIEN, WSBA 47020
  *Deputy Solicitors General*
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
noah.purcell@atg.wa.gov

2

cristina.sepe@atg.wa.gov
marsha.chien@atg.wa.gov

COLLEEN M. MELODY, WSBA 42275
  *Civil Rights Division Chief*
LANE POLOZOLA, WSBA 50138
DANIEL J. JEON, WSBA 58087
ALYSON DIMMITT GNAM, WSBA 48143
  *Assistant Attorneys General*
Washington Attorney General's Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
colleen.melody@atg.wa.gov
lane.polozola@atg.wa.gov
daniel.jeon@atg.wa.gov
alyson.dimmittgnam@atg.wa.gov
*Attorneys for State of Washington*

KWAME RAOUL
  *Attorney General of Illinois*
JANE ELINOR NOTZ
  *Solicitor General*
ALEX HEMMER
  *Deputy Solicitor General*
Illinois Attorney General's Office
115 South LaSalle St.
Chicago, IL 60603
Telephone: (312) 814-5526
Jane.Notz@ilag.gov
Alex.Hemmer@ilag.gov
*Attorneys for State of Illinois*

DAN RAYFIELD
  *Attorney General of Oregon*
BENJAMIN GUTMAN
  *Solicitor General*
MICHAEL A. CASPER
  *Senior Assistant Attorney General*

3

        Oregon Department of Justice
        1162 Court St. NE
        Salem, OR 97301
        Telephone: (503) 378-4402
        Michael.Casper@doj.oregon.gov
        *Attorneys for State of Oregon*

4

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2025, I electronically filed the foregoing brief with the Clerk of the Court by using the Appellate Case Management System. I further certify that the participants in the case are ACMS users and that service will be accomplished by using the ACMS system.

DATED this 7th day of July, 2025.

*s/* Joshua D. Bendor
JOSHUA D. BENDOR
