| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | SEP 15 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

STATE OF WASHINGTON; et al.,

    Plaintiffs - Appellees,

 v.

DONALD J. TRUMP; et al.,

    Defendants - Appellants.

No. 25-807

D.C. No. 2:25-cv-00127-JCC

Western District of Washington, Seattle

MANDATE

The judgment of this Court, entered July 23, 2025, corrected July 24, 2025, and updated July 28, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellants in the amount of $191.10.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT