# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 29, 2025

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Donald J. Trump, President of the United States, et al.
          v. Washington, et al.
          No. 25-364
          (Your No. 25-807)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 26, 2025 and placed on the docket September 29, 2025 as No. 25-364.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst